# Court of Appeals
## Tenth Appellate District of Texas

10-26-00180-CR

In re Kenneth Dewanye Baze

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Kenneth Dewanye Baze asks this Court to grant habeas corpus relief pursuant to article 11.08 of the Texas Code of Criminal Procedure and order the trial court to release Baze because of alleged constitutional violations resulting in Baze's arrest.

Initially, we note that the petition for writ of habeas corpus was not properly served. A copy of all documents presented to the Court must be served on all parties to the proceeding and must contain proper proof of service. TEX. R. APP. P. 9.5(a). This Court is not a party to the proceeding. Nevertheless, we use Rule 2 to expedite the disposition of this proceeding. TEX. R. APP. P. 2. Future documents presented for filing by Baze without a proper proof of service will not be filed or otherwise acted upon.

Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts. *See* TEX. CODE CRIM. PROC. art. 11.05; *Ex parte Hawkins*, 885 S.W.2d 586, 588 (Tex. App.—El Paso 1994, orig. proceeding). Thus, courts of appeals, such as this Court, have no original habeas-corpus jurisdiction in criminal matters. *Id. See also In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.— Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356 (Tex. App.— Houston [14th Dist.] 2016, orig. proceeding). Because this Court does not have original habeas corpus jurisdiction, we cannot rule on Baze's request to grant habeas corpus relief.

Accordingly, we dismiss this proceeding.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: May 21, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
Do Not Publish
OT06

